April 17, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

JOHN L. TREGRE, Appellant

NO. 14-10-01115-CV           V.

HARRIS COUNTY, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, HARRIS COUNTY, signed, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, JOHN L. TREGRE, to pay all costs incurred in this appeal. We further order this decision certified below for observance.